AUG -4 2003

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

(CIVIL ORDER--GENERAL)

Civil Case No. <u>CV-03-314 TUC-JMR</u>   Date: <u>July 31, 2003</u>

Title <u>Rock of Gibraltor, LLC v. Manfredo, et al.</u>
=====================================================================
**HONORABLE JOHN M. ROLL**

Pending before the Court is Defendant Roy H. Long Realty Company, Inc.'s (Defendant) Motion to Dismiss. A properly filed complaint has not yet been filed in this case. The original and supplemental complaints have been stricken because Plaintiff is not properly represented by counsel. Therefore, Defendant's motion is premature.

Accordingly,

**IT IS ORDERED** that Defendant Roy H. Long Realty Company, Inc.'s Motion to Dismiss is **DENIED WITHOUT PREJUDICE**.

JOHN M. ROLL
U.S. District Court Judge