FILED ___ LODGED
RECEIVED ___ COPY

AUG -4 2003

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

(CIVIL ORDER--GENERAL)

Civil Case No. CV-03-314 TUC-JMR    Date: July 31, 2003

Title Rock of Gibraltor, LLC v. Manfredo, et al.
===================================================================
**HONORABLE JOHN M. ROLL**

Pending before the Court is Plaintiff's Motion for an Extension of Time in which to Procure Counsel. Plaintiff shall be given one further extension of time in which to retain counsel.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for an Extension of Time in which to Procure Counsel is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **August 29, 2003**, in which to retain counsel in this matter. **NO FURTHER EXTENSIONS SHALL BE GRANTED.** A failure to retain counsel by that date may result in dismissal of this case.

JOHN M. ROLL
U.S. District Court Judge