UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

(CIVIL ORDER--GENERAL)

Civil Case No. CV-03-314 TUC-JMR   Date: August 8, 2003

Title Rock of Gibraltor, LLC v. Manfredo, et al.

===============================================================
**HONORABLE JOHN M. ROLL**

On July 28, 2003, Plaintiff filed a motion for extension of time in which to procure counsel. The Court granted the request by order dated July 31, 2003. To the extent Plaintiff's motion for extension of time to procure counsel is a motion for appointment of counsel at the Court's expense, it is denied.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Extend Time to Procure Counsel (DOC #12), to the extent it seeks appointment of counsel at the Court's expense, is **DENIED**. As stated in the Court's order dated July 31, 2003, Plaintiff shall have until **August 29, 2003,** in which to retain counsel at its own expense.

JOHN M. ROLL
U.S. District Court Judge