FILED _____ LODGED
RECEIVED _____ COPY

SEP 1 2 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rock of Gibraltor, LLC, | ) |
| Plaintiff, | ) No. CV 03-314 TUC JMR |
| vs. | ) ORDER AND |
| | ) DISMISSAL |
| Manfredo, et al., | ) |
| Defendant. | ) |

On June 19, 2003, the Court struck Plaintiff Rock of Gibraltor LLC's complaint because it was filed on Plaintiff's behalf by Plaintiff's agent, Sammye Richardson, who is not a licensed attorney. The Court allowed Plaintiff until July 25, 2003 to retain counsel and file a notice of appearance, noting that failure to do so may result in dismissal. On July 9, 2003, the Court reiterated its requirement that Plaintiff retain counsel. On July 16, 2003, the Court denied Plaintiff's request, again through Ms. Richardson, to proceed *in forma pauperis*. On July 31, 2003, the Court granted Plaintiff an extension of time to procure counsel, with the new deadline set at August 29, 2003, and emphasized that no further extensions would be granted. On August 8, 2003, the Court denied Plaintiff's motion to seek appointment of counsel at the Court's expense.

On September 3, 2003, Ms. Richardson submitted a memorandum again asking the Court to allow Plaintiff to proceed *in forma pauperis*. The memo did not, however, indicate that Plaintiff has secured the services of an attorney as the Court had directed.

Accordingly,

**IT IS ORDERED** that the September 3, 2003 memorandum, to the extent that it asks the Court to reconsider its denial of permission to proceed *in forma pauperis*, is **DENIED**.

**IT IS FURTHER ORDERED** that because Plaintiff has failed to retain counsel, this case is **DISMISSED**.

DATED this 10th day of September, 2003.

_____
JOHN M. ROLL
United States District Judge