FILED ___ LODGED
RECEIVED ___ COPY

OCT 2 4 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rock of Gibraltor, LLC, ) | |
| ) | |
| Plaintiff, ) | No. CV 03-314 TUC JMR |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ) | |
| Manfredo, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

On June 19, 2003, the Court struck Plaintiff Rock of Gibraltor's complaint because it was filed on plaintiff's behalf by plaintiff's agent, Sammye Richardson, who is not a licensed attorney. On September 12, 2003, the Court dismissed this case after plaintiff refused to retain a licensed attorney despite numerous requests by the Court. On September 18, 2003, Ms. Richardson filed a letter requesting that the Court "change from Plaintiff 'Rock' to Plaintiff Sammye A. Richardson to prosecute the case. . . ." The Court construes this letter as a motion to amend the complaint. Ms. Richardson cannot amend the complaint because there is no properly filed complaint in this case, and because the case has been dismissed.

On October 1, 2, and 10, 2003, Ms. Richardson filed three motions requesting an emergency hearing to dismiss "Judge Rolls" for fraud and "docket tampering crime," and to

"Re-Open Case With a Different Judge."  Ms. Richardson 's accusations are baseless. Because she is not a party to this case and this case has been dismissed, her motions are denied.

Accordingly,

**IT IS ORDERED** that Ms. Richardson's September 19, 2003 letter [DOC # 19], to the extent that it is a motion to amend the complaint, is **DENIED**.

**IT IS FURTHER ORDERED** that Ms. Richardson's motions of October 1, 2, and 10, 2003 [DOC ## 21-23] are **DENIED**.

**IT IS FURTHER ORDERED** that because this case has been dismissed, the Clerk of the Court shall close the case.

DATED this 21st day of October, 2003.

JOHN M. ROLL
United States District Judge